**FILED**

MAY 07 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | **3:25 CR 236** |
| Plaintiff, | ) | **JUDGE HELMICK** |
| | ) | |
| v. | ) CASE NO. | **MAGISTRATE JUDGE CLAY** |
| | ) | Title 18, United States Code, |
| JASHAWN BALDY, | ) | Section 924(c)(1)(A); Title 21, |
| | ) | United States Code, Sections |
| Defendant. | ) | 841(a)(1), (b)(1)(A), (b)(1)(B), |
| | ) | and 846 |
| | ) | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about January 1, 2023, and continuing through on or about February 2024, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, Defendant JASHAWN BALDY did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and 846.

ORIGINAL

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about February 12, 2024, in the Northern District of Ohio, Western Division, Defendant JASHAWN BALDY did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about February 12, 2024, in the Northern District of Ohio, Western Division, Defendant JASHAWN BALDY did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4. On or about February 12, 2024, in the Northern District of Ohio, Western Division, Defendant JASHAWN BALDY did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of

cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 5
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

5. On or about February 12, 2024, in the Northern District of Ohio, Western Division, Defendant JASHAWN BALDY did knowingly possess a firearm, to wit: a Glock 19, 9mm pistol, bearing serial number BWSE068, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Counts 1-4 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

The Grand Jury further charges:

6. The allegations of Counts 1 through 5 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant JASHAWN BALDY shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the federal drug violations in Counts 1 through 4; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of the federal drug violations in Counts 1 through 4; and, any and all

firearms and ammunition involved in or used in the commission of the federal gun violation in Count 5; including, but not limited to, the following: $2,700.00 in U.S. Currency.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002